IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02389-BNB

MICHAEL D. STEIN,

    Applicant,

v.

ARISTEDES W. ZAVARAS, Executive Director, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN SUTHERS,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Applicant's Motion for Order to Provide Documents Without Cost (Doc. # 8), and Motion for Extension of Time (Doc. # 9), filed on November 12, 2009.

    Applicant's Motion for an Order to Provide Documents Without Cost (Doc. # 8) is DENIED, because the request is vague and Applicant fails to demonstrate any specific need for the state court documents in order to respond to the Pre-Answer Response in this action. Further, the Court does not pay for, or provide state court documents.

    The Motion for Extension of Time (Doc. # 9) is GRANTED. Applicant shall have up to and including **December 14, 2009**, to file his Reply to the Pre-Answer Response.

    Dated: November 13, 2009