IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 16 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-02389-BNB

MICHAEL D. STEIN,

Applicant,

v.

ARISTEDES W. ZAVARAS, Executive Director, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN SUTHERS,

Respondents.

---

ORDER OVERRULING OBJECTION

---

This matter is before the Court on Applicant's "Objection to Minute Order and Clarification of Intent," filed with the Court *pro se* on November 27, 2009. In the document, Mr. Stein objects to Magistrate Judge Boyd N. Boland's November 13, 2009, minute order. In the minute order, Magistrate Judge Boland denied Mr. Stein's "Motion for Order to Provide Documents Without Cost," filed on November 12, 2009, because Mr. Stein failed to demonstrate any specific need for the documents, and because the Court does not pay for documents for *pro se* litigants. For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court concludes that Magistrate Judge Boland's November 13, 2009, minute order is neither clearly erroneous nor contrary to law. Therefore, Mr. Stein's objection will be overruled.

Accordingly, it is

ORDERED that Applicant's "Objection to Minute Order and Clarification of Intent," filed on November 27, 2009, is overruled. It is

FURTHER ORDERED that Applicant has **twenty (20) days** from the date of this Order in which to file a Reply to the Pre-Answer Response.

DATED at Denver, Colorado, this __16__ day of __December__, 2009.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02389-BNB

Michael D. Stein
Prisoner No. 123217
Fremont Corr. Facility
P.O. Box 999
Cañon City, CO 81215-0999

Jonathan P. Fero
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/16/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk