IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02389-WYD

MICHAEL D. STEIN,

    Applicant,

v.

ARISTEDES W. ZAVARAS, Executive Director, Colorado Dept. Of Corrections; and
JOHN SUTHERS, Colorado Attorney General,

    Respondents.

---

ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS

---

    It is hereby ORDERED that the Clerk of the Court for the District Court of Adams County, Colorado, as the lawful custodian of the records, shall forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court in ***People v. Michael Stein***, Adams County District Court, **Case No. 04CR701**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver Colorado, 80294-3589, **on or before November 15, 2010.**

    It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court for the Adams County District Court, by facsimile to (303)

654-3216 and by regular mail to Clerk of the Court, Adams County District Court, 1100 Judicial Center Drive, Brighton, CO 80601.

Dated: October 14, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge