IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02389-WYD

MICHAEL DAVID STEIN,

    Applicant,

v.

ARISTEDES W. ZAVARAS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER**

---

This matter comes before the Court on applicant Michael Stein's Motion for Order of Production of Trial Record, filed October 5, 2010, [ECF No. 29], Motion to Expedite, filed October 5, 2010, [ECF No. 30] and Motion to Appoint Counsel, filed November 15, 2010, [ECF No. 33].

In light of the Court's Order this day, dismissing the Application, Applicant's pending motions [ECF No. 29, 30 and 33] are **DENIED AS MOOT**.

Dated:  June 23, 2011

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge