IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02389-WYD-CBS

MICHAEL D. STEIN,

    Applicant,

v.

ARISTEDES W. ZAVARAS, Executive Director, Colorado Dept. Of Corrections; and JOHN SUTHERS, Colorado Attorney General,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

    THIS MATTER comes before the Court on Mr. Stein's letter dated August 8, 2012.  (ECF No. 38).  Upon careful examination of the record, it appears that Mr. Stein's request should be granted as the disposition of the above captioned case is now final.  It is, therefore

    ORDERED that ECF No. 38 is **GRANTED** to the extent that the Clerk shall return the State Court Record.

    Dated:  August 17, 2012

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge